# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Telephone: 804.663.2330
Facsimile: 804.225.8641
www.ogletreedeakins.com

Amy M. Pocklington
804.663.2335
amy.pocklington@ogletreedeakins.com

July 5, 2016

**Via Hand Delivery**

The Honorable Fernando Galindo, Clerk
United States District Court Eastern District of Virginia
Federal Courthouse
701 East Broad Street
Richmond, VA 23219

      RE:   James A. Washington v. Hill Phoenix, Inc.

Dear Mr. Galindo:

Enclosed please find the following for filing in the above-referenced matter:

1)     Notice of Appearance for Amy M. Pocklington and Lindsay A. Strachan; and

2)     Civil Cover Sheet; and

3)     Defendant's Notice of Removal; and

4)     Check in the amount of $400.00 for filing fee costs.

If you should have any questions, please do not hesitate to contact me. Thank you for your assistance in this matter.

Sincerely,

Amy M. Pocklington

AMP:slr
Enclosures

cc:     David R. Simonsen, Jr., Esquire (w/encl.)

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver
Detroit Metro • Greenville • Houston • Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico)
Miami • Milwaukee • Minneapolis • Morristown • Nashville • New Orleans • New York City • Orange County • Philadelphia • Phoenix • Pittsburgh
Portland • Raleigh • Richmond • St. Louis • St. Thomas • San Antonio • San Diego • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington