```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                          Richmond Division
```

**JAMES A. WASHINGTON**,           )
                                    )
    Plaintiff,                     )
                                    )
v.                                  )     **CA No. 3:16cv557 (MHL)**
                                    )
**HILL PHOENIX, INC.**,             )
                                    )
    Defendant.                     )

### Joint Stipulation of Dismissal With Prejudice

Plaintiff James A. Washington and defendant Hillphoenix, Inc., by counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal **with prejudice** of this action, each party to bear its own attorney's fees and costs.

Dated this 2nd day of February, 2017.

                              Respectfully submitted,

                              **JAMES A. WASHINGTON, by Counsel.**

**s/ David R. Simonsen, Jr.**
Virginia Bar Number 20078
Vickey A. Verwey
Virginia Bar Number 20267
Attorneys for Plaintiff
8003 Franklin Farms Drive, Suite 131
Richmond, Virginia 23229-5107
Tel: (804) 285-1337
Fax: (804) 285-1350
Email: DSimonsenJ@aol.com

                              **And**

                                        **HILLPHOENIX, INC., by Counsel.**

**s/ Amy M. Pocklington**
Virginia Bar Number 45233
Lindsey A. Strachan
Virginia Bar Number 84506
Attorneys for Defendant
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA 23219
Tel : (804) 663-2330
Fax : (804) 843-1809
Email: amy.pocklington@ogletreedeakins.com
       lindsey.strachan@ogletreedeakins.com

-2-

**Certificate of Service**

I certify that on this 2nd day of February, 2017, I will electronically file this joint stipulation of dismissal with prejudice with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

>Amy M. Pocklington
>Virginia Bar Number 45233
>Lindsey A. Strachan
>Virginia Bar Number 84506
>Attorneys for Defendant
>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>901 East Byrd Street, Suite 1300
>Riverfront Plaza, West Tower
>Richmond, VA 23219
>Tel : (804) 663-2330
>Fax : (804) 843-1809
>Email: amy.pocklington@ogletreedeakins.com
>       lindsey.strachan@ogletreedeakins.com

**s/David R. Simonsen, Jr.**
Virginia Bar Number 20078
Attorney for Plaintiff
8003 Franklin Farms Drive, Suite 131
Richmond, Virginia 23229-5107
Tel: (804) 285-1337
Fax: (804) 285-1350
Email: DSimonsenJ@aol.com